# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RASHAD ROGERS**                                            **PLAINTIFF**

v.                    No: 3:22-cv-167 DPM

**DOES, Jailers**                                          **DEFENDANTS**

## JUDGMENT

Rogers's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 August 2022